JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON V., | NO. CV 23-10518-AGR |
| Plaintiff, | |
| v. | JUDGMENT |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff.  The decision of the Commissioner is reversed and this matter is remanded for reconsideration of Plaintiff's residual functional capacity and further proceedings consistent with the Opinion and Order.

DATED: August 28, 2024

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1