UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| BRANDON VALRIE,<br>    Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY<br>Commissioner of Social Security,<br>    Defendant. | No: 2:23-cv-10518-AGR<br><br>[PROPOSED] ORDER AWARDING EAJA FEE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS FIFTY DOLLARS AND NO/100 ($4,250.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: September 19, 2024    _____

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-